IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$30,000.00 IN UNITED STATES FUNDS,<br>        Defendant Property,<br><br>SAKEE GARDNER,<br>        Claimant. | CASE NO.   5:14-CV-257 (MTT) |

**ORDER GRANTING MOTION TO STRIKE AND
ORDER FOR ISSUANCE OF A FINAL ORDER OF FORFEITURE**

Upon consideration of the Plaintiff's Motion to Strike, and the record of this case, the Court finds that good cause exists to grant Plaintiff's motion.

THEREFORE, IT IS HEREBY ORDERED that the Claim [Doc. 5] and Answer [Doc. 7] of Claimant Sakee Gardner shall be stricken from this case.

The responsive pleadings of the Claimant having been stricken, the Court hereby makes the following findings of fact and conclusions of law:

1.    This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 1355, and venue is proper pursuant to 28 U.S.C. § 1395.

2.    Pursuant to a Warrant of Arrest *in Rem* this Court issued on July 9, 2014, the U.S. Marshals Service for the Middle District of Georgia arrested and seized the Defendant Property on July 11, 2014.

3. The United States has furnished due and legal notice of these proceedings as required by law. The United States perfected service of process of this action on Claimant Sakee Gardner, and potential claimants Michael Dean Hubbard and Dewayne Levor Martin.

4. The United States published notice of this action on an official government website, *www.forfeiture.gov*, for at least thirty (30) consecutive days, beginning on July 15, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

5. Claimant filed a timely Claim and subsequently filed an Answer in these proceedings, asserting her interest in the Defendant Property described as $30,000.00 in United States Funds, but those pleadings have now been stricken.

6. Plaintiff served Special Interrogatories on the Claimant, through her counsel of record, but has failed to respond.

7. As of today's date, no other person or entity has filed a claim and answer in this action and the time for filing a timely claim and answer has expired.

8. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the Defendant Property is subject to forfeiture in accordance with 21 U.S.C. § 881(a)(6).

THEREFORE, IT IS HEREBY FURTHER ORDERED THAT:

1. All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

2. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

3. No parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the Defendant Property, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this __1st__ day of __February__, 2016.


S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA


PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683